ACCEPTED
14-17-00595-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/20/2017 5:44 AM
CHRISTOPHER PRINE
CLERK

No. 14-17-00595-CR

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/20/2017 5:44:35 AM
CHRISTOPHER A. PRINE
Clerk

\* \* \*

Sherrick Washington
*Appellant*

v.

The State of Texas
*Appellee*

\* \* \*

_____

On Appeal in Cause No. 1540170 from the
208th District Court, Harris County, Texas

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:

NOW COMES, Sherrick Washington, Appellant in the above cause, by and through counsel on appeal, Robert Morrow, and files this Appellant's Motion for Extension of Time Within Which to File Brief. In support of this motion, Appellant would respectfully show the Court as follows:

## I.

On June 28, 2017, Appellant was convicted of capital murder. Pursuant to Texas Penal Code Sec. 12.31, he was sentenced to Life Without Parole in the Institutional Division of the Texas Department of Criminal Justice.

## II.

Appellant's brief is due December 19, 2017 and this is the third request for an extension of time in this case.

## III.

Counsel respectfully requests an extension of time until Friday, January 19, 2018.

## IV.

Counsel had been preparing for two capital trials in Montgomery County: *State of Texas v. Fred Lee*, Cause No. 15-05-04575-CR and *State of Texas v. Russell Ketchum* Cause No. 15-01-00191-CR as well *U.S. v. Christopher Emory Cramer and Ricky Allen Fackrell*, Criminal Action No. 1:16-CR-26, a federal death penalty case in the Eastern District of Texas.

## V.

This motion is made not for purposes of delay, but only so that Appellant may receive the effective assistance of counsel to which he is entitled, by means of a thorough and professional examination of the extensive record and a concise

presentation of points of error to this Court.

## Prayer

FOR THESE REASONS, the Appellant respectfully prays that this Honorable Court extend the time for filing the brief until Friday, January 19, 2018.

Respectfully submitted,

/s/ Robert Morrow
Robert Morrow
Texas State Bar No. 14542600
24Waterway Ave. Suite 660
The Woodlands, Texas 77380
Phone: (281) 379-6901
Fax: (832) 813-0321
ramorrow15@gmail.com

*Attorney for Appellant*

## CERTIFICATE OF SERVICE

This is to certify that on December 20, 2017 a true and correct copy of the foregoing document, as required by the Texas Rules of Appellate Procedure, was served using the electronic filing manager, upon the Harris County District Attorney's Office.

/s/ Robert Morrow
Robert Morrow